

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00275-CV

| | | |
|---|---|---|
| RICHARD A. WEBER, ERIC ELAM, AND JOE PALMER, Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-299878-18) |
| V. | § | March 28, 2019 |
| | § | Opinion by Justice Bassel |
| FRANK FERNANDEZ, Appellee | § | Dissent and Concurrence by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part.

We affirm the portion of the trial court's order denying Appellants' motion to dismiss as to Appellee's intentional-infliction-of-emotional-distress claim. We reverse the portion of the trial court's order denying Appellants' motion to dismiss as to

Appellee's defamation and conspiracy claims, render judgment dismissing those claims.

It is further ordered that the parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Dabney Bassel
        Justice Dabney Bassel